UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| JENNIFER MANN and ELENI KATZ, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> BLUE DIAMOND GROWERS, <br><br> Defendant. | Case No.: 2:24-cv-00114-WSH |

## **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Jennifer Mann and Eleni Katz, by and through their counsel, hereby voluntarily dismiss this action without prejudice in its entirety with each party bearing their own costs. Defendant BLUE DIAMOND GROWERS has not filed an answer or a motion for summary judgment in this action. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: June 19, 2024                                  Respectfully submitted,

**THE KEETON FIRM LLC**

<u>*/s/* Steffan T. Keeton</u>
Steffan T. Keeton
100 S. Commons, Suite 102
Pittsburgh, PA 15212
1-888-412-5291
stkeeton@keetonfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of June, 2024, a true and correct copy of this Notice was filed with the Court via the Electronic Case Filing System, and was served on all counsel of record through the same means.

/s/ *Steffan T. Keeton*
Steffan T. Keeton, Esq.